# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL BRAZELL, JR.**  **PLAINTIFF**
*ADC #500711*

v.  **CASE NO. 2:23-CV-00185-BSM-BBM**

**C. JOHNSON,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 5] is adopted. Michael Brazell, Jr. may proceed with his Eighth Amendment conditions-of-confinement claims and Fourteenth Amendment due process claims against defendants Warden Jackson, Deputy Warden Johnson, Major Allison, and Classification Officer Smith in their individual capacities only; and he may proceed with his Eighth Amendment deliberate indifference to serious medical needs claim against defendants Doctor Bennett and Nurse River in their individual capacities only. Brazell's equal-protection claim against Deputy Warden Johnson and official-capacity claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 10th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE