## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**MICHAEL BRAZELL, JR.**                                                    **PLAINTIFF**
*ADC #500711*

**v.**                          **CASE NO. 2:23-CV-00185-BSM**

**CHRISTOPHER JOHNSON,** *et al.*                                **DEFENDANTS**

## <u>ORDER</u>

After careful review of the record, United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 20] is adopted. The motion for summary judgment of defendants Tracey Bennett and Crystal Rivers [Doc. No. 9] is granted; Michael Brazell, Jr.'s inadequate-medical-care claims against Bennett and Rivers are dismissed, without prejudice, for failure to exhaust administrative remedies; and the clerk is directed to terminate Bennett and Rivers as parties.

IT IS SO ORDERED this 11th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE