# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL BRAZELL, JR.**  PLAINTIFF
*ADC #500711*

v.  CASE NO. 2:23-CV-00185-BSM-BBM

**CHRISTOPHER JOHNSON,** *et al.*  DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 38] is adopted and Michael Brazell, Jr.'s motion for a preliminary injunction [Doc. No. 31] is denied.

IT IS SO ORDERED this 7th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE