IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL BRAZELL, JR.**                                                              **PLAINTIFF**
*ADC #500711*

v.                           CASE NO. 2:23-CV-00185-BSM

**CHRISTOPHER JOHNSON,** *et al.*                                              **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 43] is adopted; the ADC defendants' motion for summary judgment [Doc. No. 32] is granted; and Michael Brazell's claims against Christopher Johnson, Tyrone Allison, Moses Jackson, and Chanaka Smith are dismissed without prejudice for failure to exhaust available administrative remedies.

IT IS SO ORDERED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE