IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL BRAZELL, JR.**                                                                              **PLAINTIFF**
*ADC #500711*

v.                           **CASE NO. 2:23-CV-00185-BSM**

**CHRISTOPHER JOHNSON,** *et al.*                                                            **DEFENDANTS**

### JUDGMENT

Consistent with the orders entered on June 10, 2024 [Doc. No. 6], September 11, 2024 [Doc. No. 26], and today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE